AO 93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of

Information associated with the cellular telephone assigned call number 951-746-6173, that is stored at premises controlled by Verizon.

Case No. 21-3237 MB

**(Filed Under Seal)**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of New Jersey:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  11-17-21  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on duty in the District of Arizona.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date: 11-3-21 @ 11:20 A.M.    _M Morrissey_
Judge's signature

City and state: Phoenix, Arizona    Honorable Michael T. Morrissey, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number **951-746-6173**, that are stored at premises controlled by Verizon, headquartered at 180 Washington Valley Road, Bedminster, NJ, 07921

## ATTACHMENT B

### Particular Things to be Seized

**I.  Information to be Disclosed by the Service Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Service Provider, including any information that has been deleted but is still available to the Service Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Service Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period May 1, 2020 through November 1, 2021:

    a. The following information about the customers or subscribers of the Account:

        i. Names (including subscriber names, user names, and screen names);

        ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        iii. Local and long distance telephone connection records;

        iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

        v. Length of service (including start date) and types of service utilized;

        vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

      vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

      viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

  b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

      i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

      ii. Information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received as well as per-call measurement data (also known as the "real-time tool" or "RTT" data).

**II.**    **Information to be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of **18 U.S.C. Section 922(g)(1), Possession of a Firearm by a Prohibited Possessor,** involving Jeffrey Robert MILLS during the period May 1, 2020 through November 1, 2021.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

AO 106 Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br><br>Information associated with the cellular telephone assigned call number 951-746-6173, that is stored at premises controlled by Verizon. | Case No. 21-3237 MB<br><br>**(Filed Under Seal)** |

## APPLICATION FOR A SEARCH WARRANT

I, Clayton Gum, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A**

**This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).**

Located in the District of New Jersey, there is now concealed:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922 (g)(1) | Possession of a Firearm by a Prohibited Possessor |
| | |
| | |

The application is based on the facts contained in the attached Affidavit of Special Agent Clayton Gum.

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Addison Santome
ADDISON SANTOME  *Digitally signed by ADDISON SANTOME Date: 2021.11.03 09:14:30 -07'00'*

*Applicant's Signature*
Digitally signed by Clayton Gum
Date: 2021.11.03 09:13:00 -07'00'

Clayton Gum, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives
*Printed name and title*

Sworn to telephonically before me and signed.

Date: 11-3-21 @ 11:20 A.M.

M Morrissey
*Judge's signature*

City and state: Phoenix, Arizona

Honorable Michael T. Morrissey, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to records and information associated with the cellular telephone assigned call number **951-746-6173**, that are stored at premises controlled by Verizon, headquartered at 180 Washington Valley Road, Bedminster, NJ, 07921

## **ATTACHMENT B**

### **Particular Things to be Seized**

**I.    Information to be Disclosed by the Service Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Service Provider, including any information that has been deleted but is still available to the Service Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Service Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period May 1, 2020 through November 1, 2021:

a. The following information about the customers or subscribers of the Account:

　　i. Names (including subscriber names, user names, and screen names);

　　ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

　　iii. Local and long distance telephone connection records;

　　iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

　　v. Length of service (including start date) and types of service utilized;

　　vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

2

  vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

  viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

 b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

  i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

  ii. Information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received as well as per-call measurement data (also known as the "real-time tool" or "RTT" data).

## II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of **18 U.S.C. Section 922(g)(1), Possession of a Firearm by a Prohibited Possessor,** involving Jeffrey Robert MILLS during the period May 1, 2020 through November 1, 2021.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Clayton Gum, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this Affidavit in support of an application for a search warrant for information associated with a cellular telephone assigned call number **(951) 746-6173** ("**Target Telephone**"), which is stored at premises controlled by Verizon Wireless, a wireless telephone service provider headquartered at 180 Washington Valley Road, Bedminster, NJ, 07921. The information to be searched is described in the following paragraphs and in Attachment A. This Affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require the Service Provider to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

2. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since October 24, 2020. As a Special Agent, I have received training in federal firearms and narcotics laws and regulations at the ATF National Academy and Federal Law Enforcement Criminal Investigator Training Program. I regularly refer to state and federal firearms and narcotics laws and regulations during the course of my duties. Prior to my career with ATF, I was a Trooper with the Indiana State Police for seven (7) years. While working for the Indiana State Police, I was assigned as a Detective to the Drug Enforcement Section from 2016 to 2020.

3. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit

4

is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this Affidavit, there is probable cause to believe that twenty-nine violations of **18 U.S.C. Section 922(g)(1), Possession of a Firearm by a Prohibited Possessor,** have been committed, are being committed, and will be committed by Jeffrey Robert MILLS. There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

## PROBABLE CAUSE

5. On July 23, 2021, ATF SA Cole Jones, SA Clayton Gum, and Resident Agent in Charge (RAC) Rustin Wayas interviewed Blair David BOYLE at his residence located in Bullhead City, Arizona. SA Jones explained to BOYLE that the ATF was there to speak with him because he had purchased approximately seventy-nine (79) firearms of similar make, model, and caliber since May of 2020. BOYLE explained to SA Jones that he purchases firearms, cleans them up, and resells them. SA Jones asked BOYLE if he makes any money when he sells firearms, and BOYLE stated that if he does it is "ten or twenty bucks". BOYLE also stated he loses money on some firearms that he sells as it is a hobby, not a business.

6. BOYLE stated he asks the people purchasing his firearms if they are felons and Arizona residents. Additionally, he always does a bill of sale for the purchases. BOYLE stated he uses a form for the transactions similar to an ATF Form 4473. BOYLE provided Agents with copies of all bills of sale.

7. On July 30, 2021, SA Jones reviewed the bill of sale records used by BOYLE to sell firearms. BOYLE used the same template form to document all firearm sales. The forms contain the following information:

    a. Seller's information, to include: Name, Address, and Driver's license number

5

b. Buyer's information, to include: Name, Address, and Driver's license number
c. Firearm information, to include: Make, Model, Caliber and Serial Number.
d. Trade/Purchase price
e. Buyer's Disclosure, signed by the Buyer, acknowledging the following:
   i. The Buyer is not under the legal age to own a firearm
   ii. The Buyer has never been convicted in any court of a crime punishable by imprisonment for a term exceeding 1 year
   iii. The Buyer is not a fugitive from justice
   iv. The Buyer is not an unlawful user of or addicted to any controlled substance
   v. The buyer has never been adjudicated as a mental defective or been committed to a mental institution
   vi. The Buyer is not an illegal alien, or unlawfully in the United States
   vii. The Buyer has not been discharged from the Armed Forces under dishonorable conditions
   viii. The Buyer has never renounced his or her United States citizenship
   ix. The Buyer is not subject to a court order that restrains the person from harassing, stalking, or threatening an intimate partner, or child of such an intimate partner
   x. The Buyer has not been convicted of a misdemeanor crime of domestic violence
   xi. The Buyer can lawfully receive, possess, ship, or transport a firearm
   xii. The Buyer is not currently under indictment or information for a crime punishable by imprisonment for a term exceeding 1 year
f. Seller's disclosure, signed by the Seller, acknowledging the following:
   i. The firearm details are correct, and the serial number is legible

  ii. The Seller is the lawful owner of the firearm and has the legal right to sell the firearm

  iii. The Seller has no knowledge of defects in the firearm

  iv. The Seller believes the firearm is fit to be used for its intended purpose

  v. The firearm has never been used in a manner of questionable or certain illegality

  vi. The Seller assumes no responsibility after the transfer of ownership has taken place

### Firearm Sales to Jeffrey MILLS

8. SA Jones discovered BOYLE sold twenty-nine (29) firearms to Jeffrey Robert MILLS. On the bills of sale, MILLS provided an Arizona driver's license number and 751 Beachcomber Blvd, Lot 195, Lake Havasu City, AZ 86403 ("Arizona address") as his address.

9. Between approximately March 2020 to March 2021, MILLS obtained the following firearms:

  1. Sig Sauer P365, 9mm pistol, S/N: 66B118449
  2. Taurus G3, 9mm pistol, S/N: ABK037188
  3. Canik TP9, 9mm pistol, S/N: 20CB26617
  4. Taurus G3, 9mm pistol, S/N: ABH745957
  5. Taurus G2C, 9mm pistol, S/N: ABJ927756
  6. Taurus G2C, 9mm pistol, S/N: ABE569650
  7. Kel-Tec Sub200, .40 caliber pistol, S/N: FFX757
  8. Ruger Security, 9mm pistol, S/N: 383-60563
  9. Taurus G3, 9mm pistol, S/N: ABH830758
  10. Glock 42, .380 pistol, S/N: AETH576
  11. Glock 19, 9mm pistol, S/N: BPXB935
  12. Smith & Wesson M&P Shield, 9mm pistol, S/N: JFF9404

      13. Taurus G3C, 9mm pistol, S/N: ACA420599
      14. SAR-USA B6C, 9mm pistol, S/N: T1102-21G50053
      15. Ruger Security, 9mm pistol, S/N: 384-08235
      16. Smith & Wesson A15, .223 Rifle, S/N: TR79031
      17. Mossberg Maverick 88, 12 gauge shotgun, S/N: MVO 529347
      18. Springfield Armory Hellcat, 9mm pistol, S/N: BY600027
      19. Taurus G3, 9mm pistol, S/N: ACA441329
      20. Glock 19, 9mm pistol, S/N: BSCN832
      21. Citadel Warthog, 12 gauge shotgun, S/N: 21SA-KR43823
      22. Springfield Armory Hellcat, 9mm pistol, S/N: BR143578
      23. Taurus G3, 9mm pistol, S/N: ACA445262
      24. Taurus G3C, 9mm pistol, S/N: ACB535581
      25. FM FMP-9, 9mm pistol, S/N: 9-29420
      26. Ruger Max-9, 9mm pistol, S/N: 350023683
      27. Springfield Armory Hellcat, 9mm pistol, S/N: BA276590
      28. Ruger EC9S, 9mm pistol, S/N: 457-87427
      29. Canik TP9SA, 9mm pistol, S/N: 2OBJ07266

10. BOYLE shared with law enforcement that all firearms he sells he takes apart, cleans and reassembles them.

11. In reviewing the forms, some of the dates of purchase are missing. Location and toll data will assist law enforcement in determining more precise transfer dates.

### MILLS Prohibited Possessor Status

12. A record check of the driver's license number provided by MILLS on the bills of sale revealed that number belong to Jeffrey Robert MILLS, DOB: 0XX/XX/1982. The address on the Arizona Identification matched the Arizona address provided on the bill of sale.

13. A criminal history check revealed MILLS has multiple felony convictions, to include:
    a. Motor Vehicle Theft (Rancho, California, 2005)
    b. Possession of a Controlled Substance (Riverside, CA, 2006)
    c. Possession of a Stolen Vehicle (Riverside, CA, 2006)
    d. Motor Vehicle Theft (Riverside, CA, 2006)
    e. Felon in Possession of a Firearm (Riverside, CA, 2009)
    f. Felon in Possession of a Firearm (Riverside, CA, 2011)
14. Certified copies of these convictions were requested and obtained.

**Confirmation of Identity**

15. On August 4, 2021, SA Jones interviewed Blair BOYLE at his residence regarding MILLS. BOYLE described MILLS to be approximately 45 years old, 5'9" tall, with brown hair and an estimated weight of 160 pounds. This description was consistent with the photograph from the Arizona Driver's license.
16. BOYLE provided the **Target Telephone** number for MILLS and stated that all their communication was done over the phone verbally. BOYLE only uses a landline.
17. BOYLE stated that he would post firearms for sale online via Armslist. MILLS would respond to the posts by calling BOYLE and arranging to purchase the firearms. MILLS would then meet BOYLE at BOYLE's residence to conduct the transaction.
18. On August 20, 2021, SA Jones presented to BOYLE a photo lineup which contained MILLS in position #4. SA Jones informed BOYLE that the photo lineup was being used to identify MILLS. BOYLE reviewed the lineup for approximately 36 seconds before informing SA Jones he was done. BOYLE pointed to position #4 and informed SA Jones that MILLS was located in position #4 in the lineup. BOYLE signed his initials "BB" under position #4.
19. On August 20, 2021, BOYLE informed Agents that on August 19, 2021, Teri WILIS (BOYLE's girlfriend) received a message on the phone application "Telegram" from

9

an account labeled "Jeff Mills". The message stated, "hey blair". WILLIS showed SA Jones the message, and SA Jones observed the phone number associated with the Telegram account "Jeff Mills" was **Target Telephone**.

### Attempts to Locate MILLS

20. On August 20, 2021 SA Jones conducted surveillance at the Arizona address provided by MILLS on the bills of. SA Jones observed a white and black "Genesis Supreme" travel trailer bearing an Arizona license plate. A records check revealed the trailer was registered to Jeffrey Robert MILLS, DOB: XX/XX/1982. SA Jones also spoke with the property manager and obtained a list of the tenants at the property. SA Jones discovered that lot 195 was being rented by "Jeff and Erin Mills".

21. To date, MILLS has not been seen at the Arizona address during surveillance.

22. In addition to the Arizona address, it was discovered that MILLS has an active California driver's license, issued on April 2, 2020 and expiring on April 6, 2025. The address associate to the California driver's license is 31284 Twilight Vista Drive, Menifee, CA, 92584 ("Twilight Address").

23. However, license plate readers have placed vehicles known to be registered to MILLS parked at 28585 Chaparral View Dries in Menifee, CA ("Chaparral View Address").

24. Surveillance conducted at the Chaparral View Address has confirmed the vehicle to be present, but MILLS has not been seen.

25. The location data associated with MILLS number will show where MILLS is in fact residing and the potential location of the firearms.

### Service Provider

26. Records checks on the **Target Telephone** indicated that the cellular phone company providing service to the phone number is Verizon.

27. In my training and experience, I have learned that the Service Provider is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to

collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

28. Based on my training and experience, I know that the Service Provider can collect cell-site data about the **Target Telephone**. I also know that wireless providers such as the Service Provider typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.

29. Based on my training and experience, I know that wireless providers such as the Service Provider typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as the Service Provider typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the

11

**Target Telephone's** user or users, and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

30. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c)(1)(A) and Federal Rule of Criminal Procedure 41.

31. I further request that the Court direct the Service Provider to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on the Service Provider, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

32. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this Warrant.

33. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oat for this purpose.

Respectfully submitted,

*[signature]* Digitally signed by Clayton Gum
Date: 2021.11.03 09:12:31 -07'00'

SPECIAL AGENT CLAYTON GUM
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES

Subscribed and sworn to telephonically before me on Nov. 3, 2021

*[signature]* M Morrissey

MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE